Chemical Lime Company, Appellant, *v.* P.
S. C. et al. (No. 3.)

Submitted December 7, 1931.

Be-
fore TREXLER, P. J., KELLER, LINN, GAWTHROP, CUN-
NINGHAM, BALDRIGE and DREW, JJ.

*James C. Furst,* for appellant.

*Henry Wolf Bikle,* and with him *William F. Zear-
faus,* for intervening appellees.

*Daniel H. Kunkel,* Legal Assistant, and with him
*E. Everett Mather, Jr.,* Assistant Counsel, and *John
Fox Weiss,* Counsel, for appellees.

198

PER CURIAM, December 15, 1931:

Counsel for all parties in interest stated at bar that the same, and only the same, questions are involved in this appeal as were involved in the appeal of Centre County Lime Company, 103 Pa. Superior Ct. 179.

Accordingly, for the reasons set forth at length in that opinion, this appeal is dismissed and the order of the commission affirmed.